

David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

-------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

HOOTY ENTERPRISES, INC.
and subrogated insurers,

        Plaintiffs,

  - against -

R & L CARRIERS, INC.

        Defendant.
-------------------------------------------------x

07 Civ. 4806 (CM) (RLE)

VOLUNTARY DISMISSAL
ORDER

No answer or motion for summary judgment having been filed, and a settlement agreement having been reached, this action is hereby discontinued pursuant to Fed. R. Civ. P. 41 (a) (1)(i) without costs as to any party and, in the event the settlement is not consummated within sixty (60) days of the entry of this order, subject to reopening by letter application of plaintiffs' counsel.

Dated: New York, New York
      July ___, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Civ. 4806 (CM) (RLE)
Voluntary Dismissal Order
Page 2

                                           _____
                                           David L. Mazaroli (DM 3929)
                                           Attorney for Plaintiffs
                                           11 Park Place – Suite 1214
                                           New York, New York 10007
                                           Tel.: (212)267-8480
                                           Fax.: (212)732-7352
                                           E-mail: dlm@mazarolilaw.com
                                           File No.: 6SW-1415

LAW OFFICES
## DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-Mail: dlm@mazarolilaw.com
Telephone (212) 267-8480
Telefax (212) 732-7352

July 17, 2007

**TELEFAX (914)390-4152**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:   Hooty Enterprises, Inc. v.
                      v. R&L Carriers, Inc.
                      07 Civ. 4806(CM)
                      Our Ref.: 6SW-1415

Dear Judge McMahon:

    I represent the plaintiffs in this action in which the initial court conference has been scheduled for July 20, 2007 at 2:15 p.m. A settlement agreement has been reached. Annexed is a copy of the voluntary dismissal order which has been submitted electronically to the orders and judgments clerk. The Court's assistance in the resolution of this dispute is appreciated.

                                                Respectfully,

                                                David L. Mazaroli

encl.